HPS Process Service & Investigations
www.hpsprocess.com
1669 Jefferson
Kansas City, MO 64108
Phone: (800) 796-9559
Fax: (816) 842-9801
Tax Num: 47-2808929

# INVOICE



Invoice #HAT-2017008419
6/1/2017

Joanna Trachtenberg
TGH LITIGATIONS, LLC
913 East Ash Street
Columbia, MO 65201

**Case Number: Western 6:17-CV-3104**

Plaintiff/Petitioner:
**STANELY GOODLOW, JR**

Defendant/Respondent:
**BEST WESTERN INTERNATIONAL, INC., et al**

Served: 5/25/2017 2:41 pm
To be served on: Best Western International, Inc., c/o Registered Agent: Prentice-Hall Corp. Sys.

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee | 1.00 | 80.00 | 80.00 |
| TOTAL CHARGED: | | | $80.00 |

| | |
|---|---|
| **BALANCE DUE:** | **$80.00** |

HPS has locations across the Midwest ready to handle all your process service and investigation needs! Simply go to:
www.hpsprocess.com and place your order or email for a quote.

Did you know HPS: DISCOUNTS BULK WORK, ISSUES WITNESS FEE CHECKS, OFFERS DIFFICULT TO FIND LOCATE
SERVICES. All of this and much more is available to you. Please visit our web site for additional information. Thank you!!

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.2d